

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00553-CR

Nicole Patrice **SELECTMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9689
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment of conviction is AFFIRMED.

SIGNED March 25, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice